# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**MARTCO LIMITED PARTNERSHIP**

**CIVIL ACTION NO. 04-0673**

**-vs-**

**JUDGE LITTLE**

**WELLONS, INC., D/B/A WELLONS USA, ET AL.**

## JUDGMENT

For the reasons stated in the court's Memorandum Ruling entered on this day, both the defendant's motion for partial summary judgment on plaintiff's claim for special, indirect or consequential damages [#30] and the defendant's motion for partial summary judgment on unpaid invoices [#31] are DENIED.

Alexandria, Louisiana

28 March 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE